# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK GALLOWAY**
**ADC #164195**                                                                                       **PLAINTIFF**

v.                               Case No. 4:19-cv-00734-KGB

**SALINE COUNTY DETENTION CENTER**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Mark Galloway's complaint is hereby dismissed without prejudice (Dkt. No. 2). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

It is so adjudged this 16th day of February, 2021.

_____
Kristine G. Baker
United States District Judge